IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-00452-CMA-GPG

UNITED STATES OF AMERICA,

 Plaintiff,

v.

$114,700.00 in United States Currency,

 Defendant.

---

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE GORDAN P. GALLAGHER**

---

  This matter is before the Court on the Recommendation by United States Magistrate Judge Gordon P. Gallagher (Doc. # 40), wherein he recommends that this Court strike Claimant's Defenses 5, 6, 8, 9, 10, 11, and 14; strike Defense 3, with the exception of the possible argument that the search of Claimant's home was a Fourth Amendment Violation; and "take no action" with respect to Defense 12.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

  The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 40 at 1, n.2.)  Despite this advisement, no objections to the Recommendation have been filed.  "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports.  In the absence of timely objection,

the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

After reviewing the Recommendation of Magistrate Judge Gallagher, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). The Court interprets Judge Gallagher's recommendation that the Court "take no action" with respect to Claimant's Defense 12 because the issue is "more fully brief[ed]" in Claimant's Motion to Dismiss (Doc. # 23), as a reservation of ruling on that issue so that it can be addressed when adjudicating the Motion to Dismiss.

Accordingly, the Court ORDERS as follows:

1. The Report and Recommendation of United States Magistrate Judge Gallagher (Doc. # 40) is AFFIRMED and ADOPTED.

2. The United States' Motion to Strike (Doc. # 16) is GRANTED with respect to Defenses 3 (with the exception of the possible argument that the search of Claimant's home was a Fourth Amendment violation), 5, 6, 8, 9, 10, 11, and 14.

3. The Court RESERVES RULING with respect to Defense 12.

DATED: November 13, 2017          BY THE COURT:

                                  *Christine M Arguello*
                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge