**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00452

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$114,700.00 IN UNITED STATES CURRENCY;

        Defendant,
_____/

RICHARD ROY SCHWABE,

        Claimant.
_____/

### CLAIMANT'S NOTICE DECLINING SETTLEMENT CONFERENCE

    Claimant Richard Roy Schwabe, by and through Counsel hereby respectfully declines to participate in a settlement conference with the Magistrate in this matter.

    At the pretrial conference with the Magistrate Court on April 18, 2019, the Magistrate Court graciously offered to preside over a settlement conference in Grand Junction, CO, and instructed that Claimant must indicate formally whether he is willing to participate. *See e.g.* Doc. 105.

    Since that conference, undersigned has had extensive discussions with his co-counsel and his client about the case, settlement and the settlement conference offered by the Magistrate court in this case, including careful review and consideration of the Magistrate court's settlement conference order and procedures.

2

Claimant would of course consider any offer of settlement conveyed by Plaintiff, and is willing to, along with his counsel, personally meet by telephone to participate in good faith settlement discussions. However, Claimant's position continues to be that the parties' views of the case and settlement are too divergent and that a formal settlement conference with the Magistrate would not be fruitful. Therefore, Claimant is, respectfully, not willing to participate in one at this time.

        Respectfully submitted,

Dated: 30 April 2019

s/*Edward M. Burch*
EDWARD M. BURCH
LAW OFFICE OF MICHAEL & BURCH, LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 946-8996
E-Mail: edward@michaelburchlaw.com

Attorney for Claimant RICHARD SCHWABE

## CERTIFICATE OF SERVICE

I hereby certify that on 30 April 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Tonya Shotwell Andrews
U.S. Attorney's Office-Denver
1801 California Street, Suite 1600
Denver, CO 80202
Email: Tonya.Andrews@usdoj.gov

s/*Edward M. Burch*
EDWARD M. BURCH