**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-v-00452-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$114,700.00 in UNITED STATES CURRENCY,

    Defendant.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This action was tried before a jury of ten (10) duly sworn to try the issues herein with United States District Judge Christine M. Arguello presiding, and the jury has rendered its verdict.   Accordingly, Judgment is entered as follows:

    1.    IT IS ORDERED that forfeiture of $21,000.00 of Defendant $114,700.00 in United States currency, including all right, title, and interest is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881.

    2.    IT IS FURTHER ORDERED that the United States shall have full and legal title of $21,000.00 of Defendant $114,700.00 in United States currency and may dispose of said assets in accordance with law.

3. IT IS FURHER ORDERED that the Jury's Verdict shall serve as a Certificate of Reasonable Cause as to the above described Defendant property under 28 U.S.C. § 2465.

4. IT IS FURTHER ORDERED Defendant $93,700.00 in United States Currency is DISMISSED from this forfeiture action in favor of Claimant Richard Schwabe.

As the Claimant has substantially prevailed in this matter, the provisions of 28 U.S.C. § 2465(b) shall apply regarding fees, costs and post-judgment interest under applicable statutes, federal and local rules.

DATED:   December 6, 2019.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  S. West

S. West
Deputy Clerk

APPROVED BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge